STATE OF NEW JERSEY v. GREGORY GALIYANO.

July 7, 1981.

Petition for certification denied. (See 178 *N.J.Super.* 393)

EDWARD LIVA v. BOARD OF ADJUSTMENT OF THE
BOROUGH OF PARAMUS.

July 7, 1981.

Petition for certification denied.

EDWARD LIVA v. ALICE SCHREIBER.

July 7, 1981.

Petition for certification denied.

BOROUGH OF BELMAR POLICEMEN'S BENEVOLENT ASSOCIA-
TION OF LOCAL # 50 v. BOROUGH OF BELMAR.

July 7, 1981.

Petition for certification granted. (See 178 *N.J.Super.* 473)